# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Nicolas Toppi

             Debtor(s)

BK NO. 16-03396 JJT

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Specialized Loan Servicing, LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3, Mortgage Pass-Through Certificates, Series 2006-HE3 and index same on the master mailing list.

                    Respectfully submitted,

                    **/s/ James C. Warmbrodt, Esquire**
                    James C. Warmbrodt, Esquire
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    412-430-3594