# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicolas Toppi<br>　　　　　Debtor | BK NO. 16-03396 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 and index same on the master mailing list.

                                 Respectfully submitted,

                                 **/s/ James C. Warmbrodt, Esquire**
                                 James C. Warmbrodt, Esquire
                                 KML Law Group, P.C.
                                 BNY Mellon Independence Center
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA  19106
                                 412-430-3594