UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    NICHOLAS TOPPI                                       Case No.: 5-16-03396-MJC
                                                                                 Chapter 13

        Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                        **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SPECIALIZED LOAN SERVICING LLC |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 2094/pre ARREARS/692 S STERLING RD |
| Property Address if applicable: | 692 SOUTH STERLING ROAD, , SOUTH STERLING, PA18460-8025 |

**PART 2:**                        **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $44.49 |
| b. | Prepetition arrearages paid by the Trustee: | $44.49 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $44.49 |

**PART 3:**                        **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                        **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 23, 2021            Respectfully submitted,

                                       <u>s/ Jack N. Zaharopoulos</u>
                                       Standing Chapter 13 Trustee
                                       Suite A, 8125 Adams Drive
                                       Hummelstown, PA 17036
                                       Phone: (717) 566-6097
                                       Fax: (717) 566-8313
                                       eMail: info@pamd13trustee.com

Creditor Name: SPECIALIZED LOAN SERVICING LLC
Court Claim Number: 04

```
    CLM #    CHECK #      DATE        PRIN PAID     INT PAID    TOTAL DISB

    5200     1199592      03/12/2019    $17.22       $0.00       $17.22
    5200     1218733      06/02/2020    $15.02       $0.00       $15.02
    5200     2000855      05/18/2021    $12.25       $0.00       $12.25
```

Re:

NICHOLAS TOPPI          Case No.: 5-16-03396-MJC
         Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 23, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| TIMOTHY B. FISHER, II, ESQUIRE<br>P.O. BOX 396<br>GOULDSBORO PA, 18424- | SERVED ELECTRONICALLY |
| SPECIALIZED LOAN SERVICING LLC<br>SPECIALIZED LOAN SERVICING LLC<br>HIGHLANDS RANCH, CO, 80129 | SERVED BY 1ST CLASS MAIL |
| NICHOLAS TOPPI<br>692 SOUTH STERLING ROAD<br>SOUTH STERLING, PA 18460-8025 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 23, 2021      s/ Liz Joyce
     Jack N. Zaharopoulos
     Standing Chapter 13 Trustee
     Suite A, 8125 Adams Drive
     Hummelstown, PA 17036
     Phone: (717) 566-6097
     Fax: (717) 566-8313
     eMail: info@pamd13trustee.com