# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    NICHOLAS TOPPI                                  Case No.: 5-16-03396-MJC

                                                                  Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                      **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SPECIALIZED LOAN SERVICING LLC |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 1188/PRE ARREARS/692 S STERLING RD |
| Property Address if applicable: | 692 SOUTH STERLING ROAD, , SOUTH STERLING, PA18460-8025 |

**PART 2:**                      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $20,105.86 |
| b. | Prepetition arrearages paid by the Trustee: | $20,105.86 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $20,105.86 |

**PART 3:**                      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 23, 2021            Respectfully submitted,

                                              <u>s/ Jack N. Zaharopoulos</u>
                                              Standing Chapter 13 Trustee
                                              Suite A, 8125 Adams Drive
                                              Hummelstown, PA 17036
                                              Phone: (717) 566-6097
                                              Fax: (717) 566-8313
                                              eMail: info@pamd13trustee.com

Creditor Name: SPECIALIZED LOAN SERVICING LLC
Court Claim Number: 06

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5210 | 1177721 | 12/05/2017 | $2,089.09 | $0.00 | $2089.09 |
| 5210 | 1179152 | 01/11/2018 | $1,094.64 | $0.00 | $1094.64 |
| 5210 | 1181880 | 03/08/2018 | $547.31 | $0.00 | $547.31 |
| 5210 | 1183258 | 04/03/2018 | $547.32 | $0.00 | $547.32 |
| 5210 | 1186399 | 05/15/2018 | $1,094.64 | $0.00 | $1094.64 |
| 5210 | 1193096 | 10/10/2018 | $330.51 | $0.00 | $330.51 |
| 5210 | 1195861 | 12/13/2018 | $519.07 | $0.00 | $519.07 |
| 5210 | 1197224 | 01/10/2019 | $519.09 | $0.00 | $519.09 |
| 5210 | 1199592 | 03/12/2019 | $1,038.18 | $0.00 | $1038.18 |
| 5210 | 1200978 | 04/11/2019 | $521.16 | $0.00 | $521.16 |
| 5210 | 1202300 | 05/09/2019 | $519.08 | $0.00 | $519.08 |
| 5210 | 1203616 | 06/06/2019 | $519.09 | $0.00 | $519.09 |
| 5210 | 1205020 | 07/11/2019 | $519.09 | $0.00 | $519.09 |
| 5210 | 1206358 | 08/07/2019 | $519.09 | $0.00 | $519.09 |
| 5210 | 1207871 | 09/26/2019 | $519.09 | $0.00 | $519.09 |
| 5210 | 1208905 | 10/10/2019 | $543.62 | $0.00 | $543.62 |
| 5210 | 1210104 | 11/07/2019 | $520.20 | $0.00 | $520.20 |
| 5210 | 1211477 | 12/12/2019 | $520.20 | $0.00 | $520.20 |
| 5210 | 1214186 | 02/13/2020 | $520.20 | $0.00 | $520.20 |
| 5210 | 1215499 | 03/12/2020 | $529.17 | $0.00 | $529.17 |
| 5210 | 1216764 | 04/14/2020 | $17.92 | $0.00 | $17.92 |
| 5210 | 1217747 | 05/06/2020 | $510.45 | $0.00 | $510.45 |
| 5210 | 1218733 | 06/02/2020 | $510.45 | $0.00 | $510.45 |
| 5210 | 1219759 | 07/07/2020 | $1,531.35 | $0.00 | $1531.35 |
| 5210 | 1220801 | 08/12/2020 | $517.26 | $0.00 | $517.26 |
| 5210 | 1221862 | 09/17/2020 | $510.45 | $0.00 | $510.45 |
| 5210 | 1222844 | 10/15/2020 | $510.45 | $0.00 | $510.45 |
| 5210 | 1224628 | 12/10/2020 | $516.12 | $0.00 | $516.12 |
| 5210 | 1226407 | 01/19/2021 | $516.12 | $0.00 | $516.12 |
| 5210 | 1227427 | 02/17/2021 | $516.12 | $0.00 | $516.12 |
| 5210 | 1228451 | 03/17/2021 | $516.12 | $0.00 | $516.12 |
| 5210 | 2000853 | 05/18/2021 | $403.21 | $0.00 | $403.21 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

NICHOLAS TOPPI  Case No.: 5-16-03396-MJC
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 23, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| TIMOTHY B. FISHER, II, ESQUIRE<br>P.O. BOX 396<br>GOULDSBORO PA, 18424- | SERVED ELECTRONICALLY |
| SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD<br>HIGHLANDS RANCH, CO, 80129 | SERVED BY 1ST CLASS MAIL |
| NICHOLAS TOPPI<br>692 SOUTH STERLING ROAD<br>SOUTH STERLING, PA 18460-8025 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 23, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com