Re:

    NICHOLAS TOPPI                                  Case No.: 5-16-03396-MJC
                                                           Chapter 13

        Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                  **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SPECIALIZED LOAN SERVICING LLC |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 2094 post arrears sterling rd |
| Property Address if applicable: | 692 SOUTH STERLING ROAD, , SOUTH STERLING, PA18460-8025 |

**PART 2:**                  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $0.00 |
| b. | Prepetition arrearages paid by the Trustee: | $0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $6,436.92 |
| f. | Postpetition arrearages paid by the Trustee: | $6,436.92 |
| g. | Total b, d, f: | $6,436.92 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 23, 2021  Respectfully submitted,

<div style="margin-left: 50%;">
s/ Jack N. Zaharopoulos  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Drive  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
Fax: (717) 566-8313  
eMail: info@pamd13trustee.com
</div>

Creditor Name: SPECIALIZED LOAN SERVICING LLC
Court Claim Number: 04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5220  | 1189079 | 07/12/2018 | $621.89   | $0.00    | $621.89    |
| 5220  | 1190433 | 08/09/2018 | $140.22   | $0.00    | $140.22    |
| 5220  | 1191729 | 09/06/2018 | $701.13   | $0.00    | $701.13    |
| 5220  | 1193096 | 10/10/2018 | $362.74   | $0.00    | $362.74    |
| 5220  | 1195861 | 12/13/2018 | $166.19   | $0.00    | $166.19    |
| 5220  | 1197224 | 01/10/2019 | $166.19   | $0.00    | $166.19    |
| 5220  | 1199592 | 03/12/2019 | $332.37   | $0.00    | $332.37    |
| 5220  | 1200978 | 04/11/2019 | $166.85   | $0.00    | $166.85    |
| 5220  | 1202300 | 05/09/2019 | $166.19   | $0.00    | $166.19    |
| 5220  | 1203616 | 06/06/2019 | $166.18   | $0.00    | $166.18    |
| 5220  | 1205020 | 07/11/2019 | $166.19   | $0.00    | $166.19    |
| 5220  | 1206358 | 08/07/2019 | $166.18   | $0.00    | $166.18    |
| 5220  | 1207871 | 09/26/2019 | $166.19   | $0.00    | $166.19    |
| 5220  | 1208905 | 10/10/2019 | $174.04   | $0.00    | $174.04    |
| 5220  | 1210104 | 11/07/2019 | $166.55   | $0.00    | $166.55    |
| 5220  | 1211477 | 12/12/2019 | $166.54   | $0.00    | $166.54    |
| 5220  | 1214186 | 02/13/2020 | $166.54   | $0.00    | $166.54    |
| 5220  | 1215499 | 03/12/2020 | $169.41   | $0.00    | $169.41    |
| 5220  | 1217747 | 05/06/2020 | $169.17   | $0.00    | $169.17    |
| 5220  | 1218733 | 06/02/2020 | $163.42   | $0.00    | $163.42    |
| 5220  | 1219759 | 07/07/2020 | $490.26   | $0.00    | $490.26    |
| 5220  | 1220801 | 08/12/2020 | $165.60   | $0.00    | $165.60    |
| 5220  | 1221862 | 09/17/2020 | $163.42   | $0.00    | $163.42    |
| 5220  | 1222844 | 10/15/2020 | $163.42   | $0.00    | $163.42    |
| 5220  | 1224630 | 12/10/2020 | $165.24   | $0.00    | $165.24    |
| 5220  | 1226409 | 01/19/2021 | $165.24   | $0.00    | $165.24    |
| 5220  | 1227429 | 02/17/2021 | $165.24   | $0.00    | $165.24    |
| 5220  | 1228453 | 03/17/2021 | $165.23   | $0.00    | $165.23    |
| 5220  | 2000855 | 05/18/2021 | $129.09   | $0.00    | $129.09    |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

NICHOLAS TOPPI                                       Case No.: 5-16-03396-MJC
                                                     Chapter 13

    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 23, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

TIMOTHY B. FISHER, II, ESQUIRE        SERVED ELECTRONICALLY
P.O. BOX 396
GOULDSBORO PA, 18424-

SPECIALIZED LOAN SERVICING LLC        SERVED BY 1ST CLASS MAIL
8742 LUCENT BLVD
HIGHLANDS RANCH, CO, 80129

NICHOLAS TOPPI                        SERVED BY 1ST CLASS MAIL
692 SOUTH STERLING ROAD
SOUTH STERLING, PA 18460-8025

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 23, 2021                s/   Liz Joyce
                                       Jack N. Zaharopoulos
                                       Standing Chapter 13 Trustee
                                       Suite A, 8125 Adams Drive
                                       Hummelstown, PA 17036
                                       Phone: (717) 566-6097
                                       Fax: (717) 566-8313
                                       eMail: info@pamd13trustee.com