Certificate Number: 03088-PAM-DE-036177057

Bankruptcy Case Number: 16-03396


03088-PAM-DE-036177057

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on December 2, 2021, at 2:30 o'clock PM CST, Nicolas Toppi completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 2, 2021

By: /s/Selene Reyes

Name: Selene Reyes

Title: Counselor