**Fill in this information to identify the case:**

Debtor 1 _____Nicolas Toppi_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Middle___ District of ___Pennsylvania___
(State)

Case number _____5:16-bk-03396-MJC_____

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| **Part 1:** | **Mortgage Information** | Statement / Response Date: 12/10/2021 |
| --- | --- | --- |

**Name of creditor:**  Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 Mortgage Pass-Through Certificates, Series 2006-HE3

c/o Specialized Loan Servicing, LLC

**Court claim no.** (if known):
6-1

**Last 4 digits** of any number you use to identify the debtor's account: ____1188____

**Property address:**  692 S Sterling Rd
Number      Street

South Sterling, Pennsylvania 18460
City                      State        ZIP Code

| **Part 2:** | **Prepetition Default Payments** |
| --- | --- |

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: _____

| **Part 3:** | **Postpetition Mortgage Payment** |
| --- | --- |

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  01/01/2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

OCT4100R01504          Case 5:16-bk-03396-MJC     Doc 94     Filed 12/14/21     Entered 12/14/21 13:57:54     4126N9825 Desc
Main Document      Page 1 of 3

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $0.00 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $0.00 |
| c. | **Total**. Add lines a and b. | (c) | $0.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

MM / DD / YYYY

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Craig A. Edelman       Date   12/14/2021

      Signature

Print     Craig A. Edelman

       First Name    Middle Name    Last Name    Title   Authorized Agent for Specialized Loan Servicing LLC

Company   Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    P.O. Box 9013

      Number     Street

      Addison, Texas 75001

      City        State       ZIP Code

Contact phone    (972) 643-6600     Email   POCInquiries@BonialPC.com

Form 4100R           **Response to Notice of Final Cure Payment**           page 2

OCR4100R01510   Case 5:16-bk-03396-MJC     Doc 94    Filed 12/14/21    Entered 12/14/21 13:57:54   Desc 4126N832
            Main Document     Page 2 of 3

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 14, 2021 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Nicolas Toppi
692 South Sterling Road
South Sterling, Pennsylvania 18460-8025


**Debtors' Attorney**
Timothy B. Fisher, II
Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA  18424

**Chapter 13 Trustee**
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036


Respectfully Submitted,

/s/  Craig A. Edelman
_____